Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 19–26360–MBK
                    Chapter: 13
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mario Amores
   430 Rushmore Avenue
   Piscataway, NJ 08854

Social Security No.:
   xxx–xx–9035

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/18/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 19, 2019
JAN: wir

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-26360-MBK
Mario Amores                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 19, 2019
                              Form ID: 148             Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2019.
db            +Mario Amores,    430 Rushmore Avenue,    Piscataway, NJ 08854-1856
518426975      Advance Financial FCU,    7 8 5 Central Avenue,    New Providence, NJ 07974
518426981     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:   Home Depot Credit Services,    PO Box 182676,    Columbus, OH 43218)
518426980     +Commonwealth Financial Systems,    245 Main Street,    Scranton, PA 18519-1641
518426983     +KML, Law Group, P.C.,    216 Haddon Ave,    Collingswood, NJ 08108-1120
518426985     +Remex, Inc.,    307 Wall Street,    Princeton, NJ 08540-1515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 19 2019 23:49:24      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2019 23:49:21      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518426976     +E-mail/Text: bankruptcycare@affinityfcu.com Sep 19 2019 23:48:59      Affinity FCU,
               73 Monuntainview Blvd.,    Basking Ridge, NJ 07920-2332
518426977     +EDI: GMACFS.COM Sep 20 2019 03:33:00      Ally Financial,   Po Box 380901,
               Minneapolis, MN 55438-0901
518426978     +EDI: HNDA.COM Sep 20 2019 03:33:00      American Honda Finance,   200 Continental Drive,
               Newark, DE 19713-4336
518426979     +EDI: BANKAMER.COM Sep 20 2019 03:33:00      Bank of America, NA,   7105 Corporate Drive,
               Plano, TX 75024-4100
518426982     +EDI: IIC9.COM Sep 20 2019 03:33:00      IC System, Inc.,   444 Highway 96 East,
               Saint Paul, MN 55127-2557
518426984     +E-mail/Text: bncnotices@becket-lee.com Sep 19 2019 23:48:50      Kohls,   Po Box 3004,
               Milwaukee, WI 53201-3004
518426986     +EDI: WTRRNBANK.COM Sep 20 2019 03:33:00      TD Bank USA/Target,   PO Box 673,
               Minneapolis, MN 55440-0673
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO
               KNOWN AS M&T BANK Et Al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3
```